UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 17 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ASSOCIATION DES ELEVEURS DE CANARDS ET D OIES DU QUEBEC, a Canadian nonprofit corporation; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> KAMALA D. HARRIS, Attorney General, <br><br> Defendant - Appellant. | No. 15-55192 <br><br> D.C. No. 2:12-cv-05735-SVW-RZ <br> U.S. District Court for Central California, Los Angeles <br><br> **ORDER** |

The reply brief submitted on December 16, 2015 is filed.

Within 7 days of this order, appellant is ordered to file 7 copies of the brief in paper format, with a gray cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF.

The paper copies shall be submitted to the principal office of the Clerk. For regular U.S. mail, the address is P.O. Box 193939, San Francisco, CA 94119-3939.

For overnight mail, the address is 95 Seventh Street, San Francisco, CA 94103-1526.

> FOR THE COURT:
> Molly C. Dwyer
> Clerk of Court
>
> Gabriela Van Allen
> Deputy Clerk