THE OFFICE OF
MICHAEL TENENBAUM, ESQ.
1431 OCEAN AVENUE, SUITE 400
SANTA MONICA, CA 90401
TEL (310) 919-3194
FAX (310) 919-3727
MT@POST.HARVARD.EDU

July 29, 2016

*By CM/ECF*

Molly C. Dwyer
Clerk of Court
United States Court of Appeals for the Ninth Circuit
125 S. Grand Ave.
Pasadena, CA 91105

Re: *Association des Éleveurs de Canards et d'Oies du Québec, et al. v. Harris* (Case No. 15-55192)

Dear Ms. Dwyer:

I represent Plaintiffs-Appellees in this case. I write in response to the Court's notice of July 26, 2016 (Dkt. 37), which indicates that this case is being considered for the November 2016 Pasadena oral argument calendar.

I will be in France for professional work obligations during the week of November 7th, and I would therefore greatly appreciate it if there is any way for the oral argument to be scheduled for the following session in December. I have no conflicts with any of the December dates.

Thank you very much for your consideration.

Respectfully submitted,

Michael Tenenbaum

*Counsel for Plaintiffs-Appellees Association des Éleveurs de Canards et d'Oies du Quebec; HVFG LLC; and Hot's Restaurant Group, Inc.*

9th Circuit Case Number(s) | 15-55192

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

*****************************************************************************

## CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) 7/29/2016.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format) | s/ Michael Tenenbaum

*****************************************************************************

## CERTIFICATE OF SERVICE
### When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) _____.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature (use "s/" format)